**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00352-JAD-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| JONALYN QUILIZA-SANTOS, | |
| Defendant. | |

This matter is before the court on defendant Jonalyn Quiliza-Santos' counsel's sealed ex parte motion to withdraw as counsel (ECF No. 20), filed on November 26, 2018.  For the reasons stated in the motion, the motion is granted.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that Sunethra Muralidhara is appointed as replacement CJA counsel.  Ms. Lazo must forward the case file to Ms. Muralidhara without delay.


DATED: November 27, 2018


C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE